## BELLINGER *v.* THE STATE.

SIMMONS, C. J.  1. In the absence of exceptions pendente lite, this court can not consider exceptions to rulings made more than five months before the bill of exceptions was sued out.

2. Rulings made upon a demurrer to an accusation, and a motion to quash the warrant which was the foundation of the accusation, are not proper grounds of a motion for a new trial.

3. The sentence was not excessive; and if it were, this is not ground for a new trial. *Burgamy* v. *State*, 114 *Ga.* 852 (2); *Sturkey* v. *State*, 116 *Ga.* 526.

4. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 22, — Decided November 12, 1902.

Accusation of keeping a lewd house. Before Judge Norwood. City court of Savannah. October 21, 1902.

*W. F. Slater* and *George W. Owens*, for plaintiff in error.
*W. W. Osborne, solicitor-general*, contra.